May 29, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

FIREMAN'S FUND INSURANCE COMPANY, Appellant

NO. 14-14-00025-CV                              V.

### TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Fireman's Fund Insurance Company.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.